| |
|---|
| **Goldman Sachs Bank USA v Fallack** |
| 2024 NY Slip Op 34241(U) |
| December 2, 2024 |
| Supreme Court, Kings County |
| Docket Number: Index No. 505433/2024 |
| Judge: Francois A. Rivera |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

This decision has been published at
2024 NY Slip Op 51649(U).